Filed by __YH__ D.C.

**Oct 16, 2020**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

# 20-20211-CR-COOKE/O'SULLIVAN

CASE NO. _____

18 U.S.C. § 1349
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

**GLENDA SANTANA VALDES,**

    **Defendant.**
_____/

## INFORMATION

The United States Attorney charges that:

## GENERAL ALLEGATIONS

1.      Bank of America was a financial institution with offices located in the State of Florida whose accounts were insured by the Federal Deposit Insurance Corporation ("FDIC").

2.      One United Bank was a financial institution with offices located in the State of Florida whose accounts were insured by the FDIC.

3.      Ocean Bank was a financial institution with offices located in the State of Florida whose accounts were insured by the FDIC.

4.      BB&T Bank was a financial institution with offices located in the State of Florida whose accounts were insured by the FDIC.

5.      Regions was a financial institution with offices located in the State of Florida whose accounts were insured by the FDIC.

6.      The defendant, **GLENDA SANTANA VALDES**, was a resident of Miami-Dade County.

## COUNT 1
### Conspiracy to Commit Bank Fraud
### (18 U.S.C. § 1349)

7. Paragraphs 1 through 6 of the General Allegations section of this Information are re-alleged and incorporated by reference as though fully set forth herein.

8. From in or around December 2019, continuing though on or about February 12, 2020, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**GLENDA SANTANA VALDES,**

did willfully, that is, with intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with others known and unknown to the United States Attorney, to knowingly, and with intent to defraud, execute a scheme and artifice to defraud one or more financial institutions, which scheme and artifice would employ a material falsehood, and to knowingly, and with intent to defraud, execute a scheme and artifice to obtain moneys and funds owned by, and under the custody and control of, one or more financial institutions, by means of materially false and fraudulent pretenses, representations, and promises relating to a material fact, in violation of Title 18, United States Code, Section 1344(1) and (2).

### PURPOSE OF THE CONSPIRACY

9. It was the purpose of the conspiracy for **GLENDA SANTANA VALDES** and her co-conspirators to unlawfully enrich themselves by depositing false and fraudulent checks into bank accounts that the defendant and her co-conspirators opened and using the resulting proceeds for their own personal gain.

2

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which **GLENDA SANTANA VALDES** and her co-conspirators sought to accomplish the purpose and object of this conspiracy included, among other things, the following:

10.     **GLENDA SANTANA VALDES** and her co-conspirators would open bank accounts at bank branches, including at Bank of America, One United Bank, Ocean Bank, BB&T Bank, and Regions, in the Southern District of Florida.

11.     Co-conspirators would alter genuine checks drawn on victims' accounts to make **GLENDA SANTANA VALDES** and other co-conspirators the payees of the checks.

12.     Co-conspirators would deposit the false and fraudulent checks into bank accounts in the name of **GLENDA SANTANA VALDES** and her co-conspirators.

13.     **GLENDA SANTANA VALDES** and her co-conspirators would withdraw and transfer the proceeds of the false and fraudulent checks out of the bank accounts for their own benefit and the benefit of others.

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE ALLEGATIONS

1.     The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **GLENDA SANTANA VALDES**, has an interest.

3

2.      Upon conviction of a violation of Title 18, United States Code, Section 1349, as alleged in this Information, the defendant shall forfeit to the United States any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(A).


ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY


ELI S. RUBIN
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

GLENDA SANTANA VALDES,

_____/
Defendant

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New defendant(s)          Yes ____ No ____
Number of new defendants  ____
Total number of counts    ____

**Court Division:** (Select One)

| ✓ | Miami | __ | Key West |
|---|-------|----|----------|
| __ | FTL | __ | WPB | __ | FTP |

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     Yes ____
   List language and/or dialect     SPANISH ____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

(Check only one)

| I | 0 to 5 days | ✓ | | Petty | |
|---|-------------|---|--|-------|--|
| II | 6 to 10 days | | | Minor | |
| III | 11 to 20 days | | | Misdem. | |
| IV | 21 to 60 days | | | Felony | ✓ |
| V | 61 days and over | | | | |

6. Has this case previously been filed in this District Court?     (Yes or No)   No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?     (Yes or No)   No ____
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)     No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?     Yes ____     No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     Yes ____     No ✓

_Eli S. Rubin_
_____
ELI S. RUBIN
Assistant United States Attorney
Court ID A5502535

*Penalty Sheet(s) attached

REV 8/13/2018

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   GLENDA SANTANA VALDES

**Case No:**

Count #: 1

Conspiracy to Commit Bank Fraud

18 U.S.C. § 1349

**\*Max. Penalty:** 30 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| GLENDA SANTANA VALDES, | ) | |
| | ) | |
| *Defendant.* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Jorge Del Villar
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*